

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

September 13, 2022

**By Email**

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re:    *United States v. Marcus Maldonado Ochoa*, 22 Mag. 7369**

Dear Judge Davison,

In light of the arrest and presentment of the defendants in the above-titled matter on September 12, 2022, the Government respectfully requests that the complaint be unsealed.

So Ordered 9/13/22

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

By:    _____
Kaiya Arroyo
Assistant United States Attorney
(914) 993-1919